**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1388**

JAMES HENRY ALSTON,

Plaintiff - Appellant,

v.

STATE OF MARYLAND DEPARTMENT OF HEALTH, Division of Cost Accounting & Reimbursements Central Office; GOVERNOR LARRY HOGAN, in his official capacity; JENNIFER MCMAHAN, Maryland Department of Health, Director Office of Human Resources, in her individual capacity; DEBORAH BROWN-DEMERY, DCAR, Fiscal Service Manager, in her individual capacity; WAYNE WATTS, Manager, Information Systems, in his individual capacity; ELIZABETH DAVIS, Chief of DCAR, in her individual capacity; STATE OF MARYLAND, DIVISION OF COST ACCOUNTING AND REIMBURSEMENTS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:18-cv-02361-TDC)

Submitted:  August 24, 2023                    Decided:  August 28, 2023

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Henry Alston, Appellant Pro Se.  Christopher A. Gozdor, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Henry Alston appeals the district court's order granting Defendants summary judgment on Alston's gender discrimination claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Alston v. Md. Dep't of Health*, No. 1:18-cv-02361-TDC (D. Md. Mar. 21, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*